PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Clifford Baxter                                    Cr.: 10-00454-001
                                                                     PACTS #: 60476

Name of Sentencing Judicial Officer:    THE HONORABLE GARRETT E. BROWN
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/19/2011

Original Offense:    Count 1: Unlawful Transport Of Firearms - 18:922G

Original Sentence: 87 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Gang Associate/Member, Gang Restriction Court Ordered

Type of Supervision: Supervised Release                  Date Supervision Commenced: 08/01/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    In November 2017, Baxter submitted a drug test that yielded a positive result for marijuana, cocaine and opiates. He was referred to Integrity House for intensive outpatient treatment. He initially struggled to get clean and continued using marijuana; however, eventually gained sobriety. In September 2018, he relapsed, and his level of care was increased to intensive outpatient treatment and on September 27, 2018, Baxter entered a 28-day inpatient program at Integrity House in Secaucus, New Jersey.

U.S. Probation Officer Action:

At this time, we are requesting no formal action. We will continue to monitor Baxter's progress while at inpatient treatment and will continue with outpatient treatment upon completion of inpatient. Probation will present this document to Baxter as an official written reprimand from the Court. The act detailed within may be included in a violation report if the Probation Office deems fit and non-compliance continues

Respectfully submitted,

*Amy J. Capozzolo/nm*
By:  Amy J. Capozzolo
     U.S. Probation Officer
Date: 10/10/2018

Prob 12A – page 2
Clifford Baxter

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by Probation)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

04 25 18
Date